JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO GOMEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>S.A. RECYCLING CO., employer, and ARGONAUT INSURANCE CO., carrier,<br><br>  Defendants. | CASE NO. CV 13-03756 MMM (MANx) |

On January 15, 2014, the court granted plaintiff Wilfredo Gomez's motion for entry of default judgment under Rule 55(b) of the Federal Rules of Civil Procedure against defendants S.A. Recycling Co. and Argonaut Insurance Co. Consequently,

IT IS ORDERED AND ADJUDGED

1. That defendants are enjoined to comply with the June 27, 2013 compensation award of the Administrative Law Judge ("ALJ"). Specifically,

    A. Defendants are to pay Gomez $91,148.14 in unpaid compensation awarded by that order;

    B. Defendants are to pay Gomez biweekly installments of $2,282.78 for

1           the period starting January 13, 2014 and continuing until Gomez is
2           no longer temporarily totally disabled; and

3      C.     Defendants are to pay the attorneys' fees awarded by the ALJ;

4   2.    That Gomez recovers attorneys' fees incurred in this action in the amount of
5       $5,193.75;

6   3.    That, pursuant to 28 U.S.C. § 1961, the judgment shall bear post-judgment interest
7       at the rate of 0.13% per year; and

8   4.    That the action be, and is hereby, dismissed.

10 DATED: January 15, 2014

                               */s/ Margaret M. Morrow*
                               MARGARET M. MORROW
                               UNITED STATES DISTRICT JUDGE